**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,                                             *
                                                          *
    Plaintiff,                        *
                                                          *
    v.                                *
                                                          *    Civil Action No. 1:26-cv-02088
DEPARTMENT OF STATE                                       *
2201 C Street, NW                                         *
Washington, DC 20520,                                     *
                                                          *
    Defendant.                        *
                                                          *
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT

Plaintiff Jeffrey Stein brings this action against Defendant Department State pursuant to

the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*, *as amended* ("FOIA"), the Federal

Declaratory Judgment Act, 28 U.S.C. § 2201, and the All Writs Act, 28 U.S.C. § 1651.

## JURISDICTION

1.      This Court has both subject matter jurisdiction over this action and personal

jurisdiction over Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2.      Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3.      Plaintiff Jeffrey Stein ("Stein") is Chief Executive Officer and Editor-in-Chief of

SpyTalk, a media organization incorporated in Delaware, and is a U.S. citizen and a resident of

the District of Columbia. Stein is a representative of the news media within the meaning of 5

U.S.C. § 552(a)(4)(A).

4.      Defendant Department of State ("State") is an agency within the meaning of 5 U.S.C. § 552(f)(1) and is in possession and/or control of the records requested by Stein which are the subject of this action.

**CAUSE OF ACTION**

**(CONSTRUCTIVE DENIAL – F-2024-18463)**

5.      Stein repeats and realleges the allegations contained in all paragraphs set forth above.

6.      In 2019, then-Ambassador Richard Grenell ("Grenell") personally intervened to secure a visa for a German-Moroccan Ultimate Fighting Championship cage fighter, Abu Azaitar ("Azaitar"), to visit the United States. Jonathan Broder, Adam Zagorin, and Jeff Stein, *The Diplomat and the Cage Fighter*, SpyTalk (Sept. 25, 2020), *at* https://www.spytalk.co/p/the-diplomat-and-the-cage-fighter (last accessed May 9, 2026).

7.      State had previously refused a visa to Azaitar three different times because of his violent criminal past, for which he served prison time in Germany. *Id.*

8.      On 21 August 2024, Stein, through undersigned counsel, submitted to State a FOIA request for "the following two categories of information: 1. Any and all documentation, including, but not limited to, diplomatic cables, emails, text messages, written memos, phone logs, and transcripts pertaining to the three rejections of Azaitar's visa requests; and 2. All documentation, including, but not limited to, diplomatic cables, emails, text messages, written memos, phone logs, and transcripts pertaining to the role that Ambassador Grenell played in securing a waiver for Azaitar's previous visa rejections and in helping Azaitar win approval for his U.S. visa." Stein limited the temporal scope of the request to 1 January 2017-20 January 2021.

2

9.      Stein requested classification as a representative of the news media and a public interest fee waiver.

10.     On 21 August 2024, State acknowledged this request and assigned it Req. No. F-2024-18463.

11.     On 20 September 2024, State advised Stein that the status of this request had been changed to "'On Hold - Need Info/Clarification" and demanded that Stein provide a signed privacy waiver for Grenell and/or Azaitar.

12.     On 20 September 2024, Stein's undersigned counsel replied, "We will not be providing any privacy waivers. This is a request on behalf of a media outlet on an issue where the public interest outweighs any privacy interests."

13.     On 24 October 2024, State advised Stein that the status of this request had been changed to "In Process."

14.     On 4 November 2024, State advised Stein that it "will make a determination regarding a fee waiver at a later date." Upon information and belief, State granted Stein's request to be classified as a representative of the news media.

15.     On 29 July 2025, Stein's undersigned counsel requested an estimated date of completion for this request.

16.     On 31 July 2025, State replied, "We will follow-up with you as soon as possible to provide an updated estimated date of completion for your request."

17.     As of this writing, State has not "follow[ed]-up . . . to provide an updated estimated date of completion for [Stein's] request."

18.     As of this writing, State has not issued any interim releases in response to Stein's request.

3

19.     As of this writing, State's FOIA portal still states that the status of Stein's request is "In Process."

20.     As of this writing, State has not made a substantive determination within twenty business days regarding Stein's request.

21.     Stein has a legal right under FOIA to obtain the information he seeks free of charge, and there is no legal basis for the denial by State of said right.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jeffrey Stein prays that this Court:

(1)     Order Defendant Department of State to release all responsive records free of charge;

(2)     Order preliminary and permanent injunctive and/or declaratory relief as may be appropriate;

(3)     Award reasonable costs and attorneys' fees as provided in 5 U.S.C. § 552(a)(4)(E), 28 U.S.C. § 2412(d), or any other applicable law;

(4)     Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(5)     Grant such other relief as the Court may deem just and proper.

Date:   June 12, 2026                                  Respectfully submitted,

                                                    /s/ Kelly B. McClanahan
                                                    Kelly B. McClanahan, Esq.
                                                    D.C. Bar #984704
                                                    National Security Counselors
                                                    1451 Rockville Pike
                                                    Suite 250
                                                    Rockville, MD 20852
                                                    501-301-4672
                                                    240-681-2189 fax
                                                    Kel@NationalSecurityLaw.org
                                                    *Counsel for Plaintiff*

4