UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

        Plaintiff,

   v.             Civil Action No. 26-2088 (APM)

DEPARTMENT OF STATE,

        Defendant.

## NOTICE OF APPEARANCE

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Fithawi Berhane as counsel of record for the Defendant in the above-captioned case.

Dated: July 15, 2026
   Washington, DC    Respectfully submitted,

           JEANINE FERRIS PIRRO
           United States Attorney


           By:   /s/ *Fithawi Berhane*
           FITHAWI BERHANE
           Assistant United States Attorney
           601 D Street, NW
           Washington, DC 20530
           (202) 252-6653
           Fithawi.Berhane@usdoj.gov

           *Attorneys for the United States of America*