UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

       Plaintiff,

    v.

DEPARTMENT OF STATE,

       Defendant.

Civil Action No. 26-2088 (APM)

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, by and through counsel, respectfully moves the Court for a 30-day extension of time, or until August 17, 2026, to respond to the Complaint. Plaintiff, through counsel, opposes the relief sought herein.  There is good cause for the requested extension.

1.     On June 12, 2026, Plaintiff filed his Complaint and on June 17, 2026, served the U.S. Attorneys' Office with the Complaint.

2.     However, currently, Defendants ask for a 30-day extension of time to respond to the Complaint because, due to personnel absences, Defendant requires additional time to assemble and verify the facts it will need to appropriately and timely respond to the numbered allegations of the Complaint. In addition, the undersigned has filed multiple dispositive and non-dispositive motions (or oppositions and replies in relation to such motions) in active cases pending before the District and Circuit Courts, along with several answers and status reports. His responsibilities over the next couple of weeks will not abate. Thus, an extension will assist undersigned counsel in better managing his docket and ensuring that his assigned cases are given the treatment and attention required.

3.      As such, the undersigned counsel respectfully requests that the Court grant the relief sought in this motion by granting a 30-day extension for the response to the Complaint.

Dated: July 15, 2026

Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Fithawi Berhane*
FITHAWI BERANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*