UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

      Plaintiff,

    v.                                                    Civil Action No. 26-2088 (APM)

DEPARTMENT OF STATE,

      Defendant.

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion for an extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the response to Plaintiffs' complaint is due on or before August 17, 2026

SO ORDERED.

_____
Date

_____
United States District Court Judge