**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,                             *
                                           *
        Plaintiff,                         *
                                           *
v.                                         *        Civil Action No. 1:26-cv-02088 (APM)
                                           *
DEPARTMENT OF STATE,                       *
                                           *
        Defendant.                         *
                                           *
*       *       *       *       *       *       *       *       *       *       *       *       *

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for Extension of Time to Respond to

Complaint, any Opposition thereto, and the entire record herein, it is this _____ day of

_____, 2026,

ORDERED that Defendants' Motion is **DENIED**.

_____
Amit P. Mehta
United States District Judge