**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JEFFREY STEIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 26-cv-02088 (APM)** |
| **DEPARTMENT OF STATE,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Plaintiff filed this Freedom of Information Act (FOIA) action on June 12, 2026. *See* Compl., ECF No. 1. Defendant filed an answer on August 17, 2026. *See* Def.'s Answer, ECF No. 7. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* LCvR 16.3(b)(10).

Accordingly, it is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before **September 1, 2026**. The Joint Status Report should address, among other things, (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending

matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: August 18, 2026

Amit P. Mehta
United States District Judge