**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

Civil Action No. 26-2088 (APM)

**STATUS REPORT**

Pursuant to this Court's Minute Order of August 18, 2026, requesting that the Court be provided with an update as to "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule" no later than September 1, 2026, the Department hereby submits this Status Report.[1]

At this time, the Department reports that all searches with respect to Plaintiff's FOIA request are complete. The Department's searches have resulted in the recovery of approximately 900 potentially responsive records cumulatively amounting to approximately 4,800 pages. The Department anticipates completing relevancy/responsiveness review by October 8, 2026, and

[1] The undersigned circulated a draft Joint Status Report to Plaintiff's counsel at 12:19pm on September 1, 2026, at which time he received an automatic response indicating that the parties would not be able to make a timely joint filing on September 1, 2026. Therefore, the undersigned makes the instant filing without Plaintiff's contribution. The Department consents to any extension Plaintiff might need to indicate his position on this status report to the Court.

making its first production by October 29, 2026. The Department intends to process records at a rate of 450 pages every six weeks. The Department does not believe that an *Open America* stay will be sought in this case and believes that a summary judgment briefing schedule is premature until processing and production of all non-exempt, responsive records are complete.

Thus, the Department respectfully request that the next Joint Status Report be due on November 2, 2026, at which time the parties will update the Court on the status of the FOIA request.

Dated: September 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/*Fithawi Berhane*

FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*