**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-02088 (APM) |
| | * | |
| DEPARTMENT OF STATE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT**

Plaintiff Jeffrey Stein hereby responds to Defendant's Status Report, Dkt. #9, filed 1 September 2026. The undersigned apologizes for the lateness of this response, but he did not have an opportunity to review the status report before today and did not reasonably expect that it would contain a proposal so egregious that it would warrant a response even after the Court issued its Minute Order.[1]

In short, Plaintiff objects to the ongoing delaying tactics employed by the agency in this case. Because the Court has not endorsed the processing schedule requested by Defendant—450 pages every six weeks—Plaintiff will not make a substantive argument at this time, but will merely indicate its opposition to this schedule, which is over half again as slow as the well-recognized 500-pages-per-month schedule. *See*, *e.g.*, *Middle East F. v. DHS*, 297 F. Supp. 3d 183, 187 (D.D.C. 2018); *Energy Future Coal. v. OMB*, 200 F. Supp. 3d 154, 163 (D.D.C. 2016).

---

[1] As Defendant notes, its counsel did not contact the undersigned about this report until 12:19 PM on the date it was due, and immediately filed the report unilaterally nine minutes later upon receiving the undersigned's out of office message stating that he "will be working in a secure facility today and will not be responding to emails." When the Court issued a Minute Order the next day, the undersigned had no reason to expect that Defendant had proposed a processing schedule that the Court had not addressed. The undersigned apologizes for the oversight.

Processing 4800 pages at 500 pages per month would take 9.6 months, while processing them at 450 pages per six weeks would take 16 months, a 67% increase.

Plaintiff files this response so that Defendant cannot claim later that Plaintiff implicitly consented to this schedule by his silence. He will substantively oppose this schedule and, if necessary, request that Defendant be forced to seek an *Open America* stay if it persists in proposing it, when the parties file their next Joint Status Report.

Date: September 13, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*