**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 26-2088 (APM) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of September 2, 2026, requesting that the parties update the Court on the processing and production of responsive records

At this time, the parties report that on October 29, 2026, the Department of State informed Plaintiff that 32 responsive records were processed and withheld in their entirety. Approximately 800 pages of potentially responsive records remain to be processed, and the Department anticipates that processing will be complete in five months. Thus, the parties respectfully request that the next Joint Status Report be due on January 4, 2027, at which time the parties will update the Court on the status of this case.

* * *

Dated: November 3, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/*Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*